**IN THE UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**
**Boston Division**

| | |
|---|---|
| ELLEN MARIE CHRISTENSEN, individually and on behalf of others similarly situated, | ) ) ) ) Civil Action No. 1:18-cv-12280-MPK |
| Plaintiff, | ) ) |
| v. | ) ) |
| BARCLAYS BANK DELAWARE and STILLMAN LAW OFFICE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANT BARCLAY BANK DELAWARE'S MOTION TO COMPEL ARBITRATION**

Upon consideration of Defendant Barclay Bank Delaware's Motion to Compel Arbitration and Plaintiff's opposition thereto, it is

ORDERED that the Motion to Compel Arbitration be, and the same hereby is, GRANTED. This case will be stayed and administratively closed while the parties pursue arbitration regarding Plaintiff's individual claims only. The parties shall notify the Court when the arbitration has been concluded and indicate whether either party seeks any further relief. Plaintiff's putative class claims are dismissed with prejudice.

DATED: _____

_____
JUDGE

1